AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Hayden, Katharine S | US District Court - DNJ | 05/12/2008 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Article III Judge - Active | ☐ Nomination, Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 01/01/2007 to 12/31/2007 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| United States District Court USPO & Courthouse Building Newark, New Jersey 07101 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Adjunct Professor | Seton Hall University School of Law |
| 2. Board of Directors | Federal Judges Association |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2008 MAY 19 A 11:04 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Hayden, Katharine S | 05/12/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2007 | Seton Hall University School of Law, Adjunct Professor - Spring Term | $ 6,000.00 |
| 2. 2007 | Seton Hall University School of Law, Adjunct Professor - Fall Term | $ 6,000.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2007 | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federal Judges Association | 5/5/07-5/7/07 | Washington, DC | Annual FJA Board Meeting | FJA Board of Directors Meeting (Transportation, Meals) |
| 2. | Sedona Conference | 4/25/07-4/28/07 | Sedona, AZ | Conference | Faculty for Seminar on Complex Litigation - Mass Torts. |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hayden, Katharine S | 05/12/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hayden, Katharine S | 05/12/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code 1<br>(A-H) | (2)<br>Type (e.g., div., rent, or int.) | (1)<br>Value Code 2<br>(J-P) | (2)<br>Value Method Code 3<br>(Q-W) | (1)<br>Type (e.g., buy, sell, redemption) | (2)<br>Date Month - Day | (3)<br>Value Code 2<br>(J-P) | (4)<br>Gain Code 1<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| 1.  BROKERAGE ACCOUNT #1 | | | | | | | | | |
| 2.   - Alcoa Inc. Common Stock | | None | | | Sell | 1/19 | J | | See Note in Part VIII |
| 3. | A | Dividend | J | T | Buy | 7/27 | J | | See Note in Part VIII |
| 4.   - Arbor Realty Trust Inc.  Common Stock | A | Dividend | J | T | | | | | |
| 5.   - Cabela's Inc. Class A Common Stock | | None | | | Sell | 5/17 | J | | |
| 6.   - Consolidated Edison Inc.  Common Stock | A | Dividend | J | T | | | | | |
| 7.   - Duke Energy Corp. (Holding Company) Common Stock | A | Dividend | J | T | | | | | |
| 8.   - Encana Corp-Cad       Common Stock | A | Dividend | K | T | | | | | |
| 9.   - Enterprise Prods Partners LP Common Stock | A | Dividend | K | T | Buy | 08/30 | J | | |
| 10.   - GlaxoSmithKline PLC SP ADR Common Stock | A | Dividend | J | T | | | | | |
| 11.   - JP Morgan Chase & Co.  Common Stock | A | Dividend | J | T | Partial Sell | 7/27 | J | A | |
| 12.   - Kimberly Clark Corp.  Common Stock | A | Dividend | K | T | | | | | |
| 13.   - Motorola Inc. DE       Common Stock | A | Dividend | | | Sell | 7/30 | J | A | |
| 14.   - Newell Rubbermaid Inc. Common Stock | A | Dividend | J | T | | | | | |
| 15.   - Nokia Corp. Sponsored ADR Common Stock | A | Dividend | K | T | | | | | |
| 16.   - Pentair Inc. Common Stock | A | Dividend | J | T | | | | | |
| 17.   - Pfizer Inc. Common Stock | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| 2. Value Codes<br>(See Columns C1 and D3) | F =$50,001 - $100,000<br>J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | G =$100,001 - $1,000,000<br>K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000<br>L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | H2 =More than $5,000,000<br>M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hayden, Katharine S | 05/12/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Sasol Ltd., Spons. ADR  Common Stock | A | Dividend | K | T | | | | | |
| 19. - Walt Disney Co. Common Stock | A | Dividend | J | T | Buy | 2/12 | J | | |
| 20. - Wyeth Common Stock | A | Dividend | | | Sell | 8/13 | J | B | |
| 21. - Calamos Strategic Total Return ST TH AUCT RT CUM PFD | B | Dividend | | | Redemption | 11/21 | K | | |
| 22. - Van Kampen Sr Incm TR SER W Taxable AUCT CUM PFD SHS | B | Dividend | | | Redemption | 11/21 | K | | |
| 23. - Van Kampen Sr Incm TR SER F AUCT RT CUM PFD SHS | B | Dividend | | | Redemption | 11/23 | K | | |
| 24. - Altria Group Inc. Common Stock | A | Dividend | K | T | Buy | 4/3 | J | | |
| 25. - Aqua America Inc. Common Stock | A | Dividend | J | T | | | | | |
| 26. - AT&T Inc. Common Stock | A | Dividend | K | T | Buy | 11/20 | J | | |
| 27. - Chesapeake Energy Corp.  Common Stock | A | Dividend | J | T | Buy | 5/4 | J | | |
| 28. - Citibank NA Bank Deposit Program | A | Interest | J | T | | | | | See Note in Part VIII |
| 29. - Honeywell Intl Inc.         Common Stock | A | Dividend | J | T | | | | | |
| 30. - Kayne Anderson Mlp Invt Co. Ser A Bond | B | Interest | | | Redemption | 11/26 | K | | |
| 31. - Kayne Anderson Mlp Invt. Co. Ser B Bond | B | Interest | | | Redemption | 11/21 | K | | |
| 32. - Masco Corp. DE       Common Stock | A | Dividend | | | Partial Sell | 2/12 | J | A | |
| 33. | | | | | Sell | 2/28 | J | | |
| 34. - Microsoft Corp Common Stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,000 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hayden, Katharine S | 05/12/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. - Mitsubishi UFJ Financial Group Inc. ADR Common Stock | A | Dividend | J | T | Partial Sell | 5/31 | J | A | |
| 36. - Montpelier RE Holdings Ltd. Common Stock | A | Dividend | J | T | | | | | |
| 37. -Procter & Gamble Co. Common Stock | A | Dividend | K | T | | | | | |
| 38. - Sara Lee Corp. Common Stock | A | Dividend | | | Sell | 7/30 | J | | |
| 39. - Sears Holding Corp. Common Stock | | None | K | T | | | | | |
| 40. - Wal-Mart Stores Inc. Common Stock | A | Dividend | J | T | | | | | |
| 41. -American Intl Group Inc. Common Stock | A | Dividend | K | T | Buy | 1/17 | J | | |
| 42. | | | | | Buy | 1/29 | J | | |
| 43. -Citibank NA South Dakota Bank Deposit Program | B | Interest | L | T | | | | | See Note in Part VIII |
| 44. -CVS Corp. Common Stock | A | Dividend | K | T | Buy | 08/13 | J | | |
| 45. -Foster Wheeler LTD Bermuda Common Stock | | None | K | T | | | | | |
| 46. Hanesbrands Inc. Common Stock | | None | | | Sell | 3/22 | J | A | |
| 47. -Hitachi LTD-ADR Common Stock | A | Dividend | | | Sell | 5/8 | J | C | |
| 48. -L-1 Identity Solutions Inc. Common Stock | | None | J | T | | | | | |
| 49. Marvell Technology Group LTD-USD Common Stock | | None | | | Sell | 6/12 | J | | |
| 50. -Nabors Industries LTD-USD New Common Stock | | None | J | T | | | | | |
| 51. -Patterson UTI Energy Inc. Common Stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hayden, Katharine S | 05/12/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.   -WM Wrigley Jr Co.      Common Stock | A | Dividend | J | T | | | | | |
| 53.   - Western Asset Municipal money Market Fund Cl A | A | Interest | J | T | | | | | See Note in Part VIII |
| 54.   - Citicorp Trust Bank FSB Bank Deposit Program | A | Interest | L | T | | | | | See Note in Part VIII |
| 55.   - Transocean Inc. Common Stock | | None | J | T | Buy | 10/2 | J | | See Note in part VIII |
| 56. | | | | | Sell | 11/27 | J | | |
| 57.   -Seaspan Corp Common Stock | A | Dividend | J | T | Buy | 5/17 | J | | |
| 58.   -Alcatel-Lucent ADR Common Stock | A | Distribution | | | Buy | 5/7 | J | | |
| 59. | | | | | Sell | 12/18 | J | | |
| 60.   -Align Technology Inc. Common Stock | | None | J | T | Buy | 10/25 | J | | |
| 61.   -Annaly Capital Management Inc Common Stock. | | None | J | T | Buy | 12/27 | J | | |
| 62.   -BJ Services Co Common Stock | A | Dividend | | | Buy | 1/19 | J | | |
| 63. | | | | | Buy | 1/31 | J | | |
| 64. | | | | | Sell | 12/12 | J | | |
| 65.   -Brookdale Sr Living Inc Common Stock | | None | | | Buy | 7/24 | J | | |
| 66. | | | | | Sell | 8/29 | J | | |
| 67.   -Citadel Broadcasting Corp Common Stock | | None | J | T | Buy | 2/12 | J | | See Note in Part VIII |
| 68. | | | | | Partial Sell | 6/21 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15.000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hayden, Katharine S | 05/12/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Citigroup Inc Common Stock | A | Dividend | | | Buy | 2/28 | J | | |
| 70. | | | | | Buy | 5/15 | J | | |
| 71. | | | | | Buy | 6/27 | J | | |
| 72. | | | | | Sell | 12/27 | J | | |
| 73. -Citzens Communications Co Common Stock | A | Dividend | | | Buy | 2/1 | J | | |
| 74. | | | | | Sell | 11/20 | J | | |
| 75. -Darling Intl Inc Common Stock | | None | J | T | Buy | 11/30 | J | | |
| 76. -EMC Corp - Mass Common Stock | | None | J | T | Buy | 8/1 | J | | |
| 77. | | | | | Buy | 11/20 | J | | |
| 78. -Energy Transfer Partners LP Common Stock | | None | J | T | Buy | 12/12 | J | | |
| 79. -General Maritime Corp Common Stock | A | Dividend | | | Buy | 5/8 | J | | |
| 80. | | | | | Sell | 11/27 | J | | |
| 81. -General Lease Ltd ADR Common Stock | A | Dividend | J | T | Buy | 5/31 | J | | |
| 82. -Home Depot Inc Common Stock | A | Dividend | J | T | Buy | 7/9 | J | | |
| 83. -Impala Platinum Holdings Ltd Sponsored ADR Common Stock | A | Dividend | J | T | Buy | 2/12 | J | | |
| 84. -Kraft Foods Inc Class A Common Stock | | None | | | Sell | 4/3 | J | B | See Note in Part VIII |
| 85. | | | | | Sell | 4/10 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hayden, Katharine S | 05/12/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.  -Layne Christensen Co Common Stock | | None | J | T | Buy | 2/15 | J | | |
| 87. | | | | | Buy | 3/7 | J | | |
| 88.  -Lowes Companies Inc Common Stock | A | Dividend | J | T | Buy | 10/2 | J | | |
| 89.  -McDonalds Corp Common Stock | A | Dividend | J | T | Buy | 9/6 | J | | |
| 90.  -Shering Plough Corp Common Stock | | None | | | Buy | 8/13 | J | | |
| 91. | | | | | Sell | 9/5 | J | A | |
| 92. | | | | | Buy | 12/10 | J | | |
| 93. | | | | | Sell | 12/14 | J | | |
| 94.  -Spectra Energy Corp Common Stock | A | Dividend | | | Buy | 1/31 | J | | See Note in Part VIII |
| 95. | | | | | Sell | 10/2 | J | | |
| 96.  -Telecom Italia SPA-ADR Common Stock | A | Dividend | J | T | Buy | 3/22 | J | | |
| 97.  -Wachovia Corp 2nd Common Stock | | None | J | T | Buy | 12/18 | J | | |
| 98.  -Walter Inds Inc Common Stock | A | Dividend | J | T | Buy | 2/9 | J | | |
| 99. | | | | | Partial Sell | 11/28 | J | B | |
| 100. BROKERAGE ACCOUNT #2 | | | | | | | | | |
| 101. - Fidelity Investments Money Market Account | A | Dividend | J | T | | | | | |
| 102. -Western Asset Municipal Money Market | B | Interest | N | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hayden, Katharine S | 05/12/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. BROKERAGE ACCOUNT #3 | | | | | | | | | |
| 104. - Smith Barney FMA Account | A | Interest | N | T | | | | | |
| 105. IRA/401K ACCOUNTS | | | | | | | | | |
| 106. - IRA Franklin Templeton Mutual Shares Fund Class A | C | Dividend | L | T | | | | | |
| 107. - IRA Smith Barney Money Funds Inc. Class A | A | Interest | J | T | | | | | |
| 108. - IRA Smith Barney Money Funds Class A | C | Interest | M | T | | | | | |
| 109. -IRA Smith Barney | A | Interest | J | T | | | | | See Note in Part VIII |
| 110. - Guardian Whole Life | E | Dividend | N | T | | | | | |
| 111. -Citibank NA Bank Deposit | A | Interest | J | T | | | | | See Note in Part VIII |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | ● =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hayden, Katharine S | 05/12/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report)*

Part VII - Line 2 - Holdings in Alcoa Inc Common Stock at 12/31/2006 were sold on 1/19/2007 (subsequent purchase made as shown on Part VII - Line 3)

Part VII - Line 3 - Subsequent to sale of Alcoa Inc Common Stock (as shown on Part VII-Line2), ████████ of Alcoa Inc Common Stock was purchased on 7/27

Part VII - Line 28 - Citibank NA Bank Deposit Program is a sweep money market bank account

Part VII - Line 43 - Citibank NA South Dakota Bank Deposit Program is a sweep money market bank account

Part VII - Line 53 - Western Asset Municipal Money Market Fund Cl A is a sweep money market bank account

Part VII - Line 54 - Citicorp Trust Bank FSB Bank Deposit Program is a sweep money market bank account

Part VII - Line 55 - Due to a merger on 11/27, shareholders'a ████████ in Transocean Inc Common Stock were exchanged for ████████ of Transocean Inc Common Stock and cash

Part VII - Line 67 - Due to a spinoff on 6/14, Walt Disney Co spun off to shareholder ████████ of Citadel Broadcasting Corp Common Stock and ████████ spinoff on 2/12 and fractional shares redeemed for cash on 2/12

Part VII - Line 84 - Due to spinoff on 4/5, altria Group Inc spun off to shareholders ████████ of Draft Foods Inc Class A Common Stock

Part VII - Line 94 - Due to a spinoff on 1/8, Duke Energy Corp (Holding Company) spun off to shareholder ████████ of Spectra Energy Corp Common Stock; thereafter on 1/31 additional shares were purchased

Part VII - Line 103 - Citibank NA Bank Deposit Program is a sweep money market bank account

Part VII - Line 109 - IRA Smith Barney consolidated with Line 108 - IRA Smith Barney Money Funds Class A

| Name of Person Reporting | Date of Report |
|---|---|
| Hayden, Katharine S | 05/12/2008 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544